FILED
JEANNE A. NAUGHTON, CLERK
MAR 11 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: Deborah A. Duncan, aka Deborah A. Vanterpool, aka Deborah Vanterpool Duncan and Kenneth E. Duncan | Case No.: 16-29439-MBK <br> Chapter: 13 <br> Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Deborah A. Duncan, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/24/2022

Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

FILED
JEANNE A. NAUGHTON, CLERK
MAR 11 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br>Deborah A. Duncan, aka Deborah A. Vanterpool,<br>aka Deborah Vanterpool Duncan<br>and<br>Kenneth E. Duncan |

Case No.: 16-29439-MBK

Chapter: 13

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kenneth E. Duncan, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/24/2022

Debtor's Signature: Kenneth Duncan

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

# LAW OFFICES OF
# STEVEN A. GARNER, LLC

*100 Franklin Square Drive*  *Tel.: 732-356-1450*
*Suite 205*  *Fax.: 732-356-1451*
*Somerset, NJ 08873*  *steven@stevengarnerlaw.com*

March 8, 2022

Clerk of the U.S. Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
Attn: Honorable Michael B. Kaplan
402 East State Street
Trenton, NJ 08608

    Re:    Bankruptcy Petition for:
            Deborah A. Duncan and Kenneth E. Duncan
            Case No. 16-29439-MBK

Dear Sir/Madam:

Please find enclosed an original and one copy of a Certification in Support of Discharge for the above-referenced matter.

Should you require anything further, please do not hesitate to contact me. Thank you.

Yours truly,

*Steven A. Garner*
Steven A. Garner, Esq.

encl.

Law Offices of Steven A. Garner, LLC
100 Franklin Square Drive
Suite 205
Somerset, NJ 08873

Honorable Michael B. Kaplan
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
MAR 14 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

