**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Deborah A. Duncan** | Social Security number or ITIN xxx–xx–2337 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kenneth E. Duncan** | Social Security number or ITIN xxx–xx–1322 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–29439–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deborah A. Duncan
aka Deborah A. Vanterpool, aka Deborah Vanterpool Duncan

Kenneth E. Duncan

3/15/22

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah A. Duncan  
Kenneth E. Duncan  
    Debtors

Case No. 16-29439-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Deborah A. Duncan, Kenneth E. Duncan, 24 Dorchester Court, Hillsborough, NJ 08844-4915 |
| aty | + | Steven A. Garner, Law Offices of Steven A. Garner, LLC, 100 Franklin Square Drive, Suite 205, Somerset, NJ 08873-4109 |
| nc | + | Steven A. Garner, 100 Franklin Square Drive, Suite 205, Somerset, NJ 08873-4109 |
| 516441450 | | DiTech Financial LLC, P.O. Box 44265, Jacksonville, FL 32231-4265 |
| 519269545 | + | Legacy Mortgage Asset Trust 2021-GS3, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519269546 | + | Legacy Mortgage Asset Trust 2021-GS3, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Legacy Mortgage Asset Trust 2021-GS3 Serviced by Select Portfolio Servicing, |
| 516939926 | + | Rushmore Loan Mgmt., POB 55004, Irvine, CA 92619-5004 |
| 516441453 | + | Rutgers University, Harold Alexander, Billing and Collection, 65 Davidson Road ASB, Room 310, Piscataway, NJ 08854-5602 |
| 516939927 | + | Somerset County Court, POB 3000, Somerville, NJ 08876-1262 |
| 518905288 | + | Wilmington Savings Fund Society, FSB,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 518905289 | + | Wilmington Savings Fund Society, FSB,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042, Wilmington Savings Fund Society, FSB, Selene Finance, LP 77042-4546 |
| 516659311 | + | Wilmington Savings Fund Society, FSB, et al, Rushmore Loan Management Services, P.O. Box 55004, Irvine CA 92619-5004 |
| 516643317 | | Wilmington Savings Fund Society, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516441444 | + | EDI: BANKAMER.COM | Mar 16 2022 00:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516513774 | | EDI: CAPITALONE.COM | Mar 16 2022 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516441445 | + | EDI: CAPITALONE.COM | Mar 16 2022 00:38:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 516444813 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2022 20:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516441446 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | CitiBank NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 516441447 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Citibank Client Services, 100 Citibank, San Antonio, TX 78245-3202 |
| 516625566 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 518102828 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Citibank, N.A., 6716 Grade Ln., Bldg. 9,, Ste.9-Py. Dept., Louisville, KY 40213-3410 |
| 516441448 | | EDI: DISCOVER.COM | Mar 16 2022 00:38:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 516447220 | | EDI: DISCOVER.COM | Mar 16 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516441451 | + | EDI: AMINFOFP.COM | Mar 16 2022 00:38:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 516441452 | + | EDI: HFC.COM | Mar 16 2022 00:38:00 | HSBC Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 516645296 | | EDI: PRA.COM | Mar 16 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516665380 | + | EDI: RMSC.COM | Mar 16 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516441454 | + | Email/Text: vci.bkcy@vwcredit.com | Mar 15 2022 20:44:00 | VW Credit Inc, 1401 Franklin Boulevard, Libertyville, IL 60048-4460 |
| 516553422 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 15 2022 20:43:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516441449 | ##+ | DiTech Financial LLC, PO Box 6172, Rapid City, SO 57709-6172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Wilmington Savings Fund Society et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 31 |

Denise E. Carlon
        on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Sindi Mncina
        on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

TOTAL: 5